[No. 43224-9-I.    Division One.    August 16, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT LEE ORANGE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-02170-1, Charles W. Mertel, J., entered August 14, 1998. *Affirmed* by unpublished per curiam opinion.